UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARRY PENNISON ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-5809 |
| JAMES HENRY, ET AL. | SECTION A(4) |

## ORDER AND REASONS

Before the Court is a **Motion to Stay Pending Administrative Review (Rec. Doc. 42)** filed by Plaintiffs. The motion, set for submission on February 24, 2016, is before the Court on the briefs without oral argument. Defendant United States opposes the motion.

A district court has the inherent power to stay any matter pending before it in the interest of justice and "economy of time and effort for itself, for counsel and for litigants." *Dresser v. Ohio Hempery, Inc.*, 98-2425, 2004 WL 464895, at *2 (E.D. La. Mar. 8, 2004) (Judge Vance) (citing *Laitram Machinery, Inc. v. Carnitech A/S*, 908 F. Supp. 384, 387 (E.D. La. 1995)). A court may stay an action, pending resolution of independent proceedings which bear upon the case, regardless of whether the parallel proceedings are "judicial, administrative, or arbitral in character." *Id.* (quoting *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983)). The rule does not require that the issues in the other proceedings are necessarily controlling of the action before this Court. *Id.* (citing *Mediterranean Enterprises, Inc.*, 708 F.2d at 1465).

This Court finds that staying this matter is an appropriate use of its inherent power to stay. Thus, this matter is hereby stayed pending the outcome of the administrative review of the jeopardy assessments made by the Internal Revenue Service.

Accordingly, **IT IS ORDERED** that the **Motion to Stay Pending Administrative Review (Rec. Doc. 42)** is **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is **STAYED**.

February 26, 2016

                                                      _____
                                                         JUDGE JAY C. ZAINEY
                                              UNITED STATES DISTRICT JUDGE